Page: 1

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-68584 LRC  
**Case Name:** SHIBLEY, JON MICHAEL HAYES  

**Period Ending:** 09/30/20

**Trustee:** (300370)   Edwin K. Palmer  
**Filed (f) or Converted (c):** 07/25/19 (c)  
**§341(a) Meeting Date:** 09/17/19  
**Claims Bar Date:** 01/06/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real property<br>1/2 ownership | 575,000.00 | 0.00 | | 0.00 | 575,000.00 |
| 2 | 2003 Range Rover XLE | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 3 | Household goods and furnishings | 7,500.00 | 0.00 | | 0.00 | FA |
| 4 | Standard Electronics | 375.00 | 0.00 | | 0.00 | FA |
| 5 | Exercise equipment (treadmill and weights) | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Bicycle | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 75.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Wells Fargo Bank | 108.00 | 0.00 | | 0.00 | FA |
| 11 | Closerv Technology and Title Services LLC, 95% | 0.00 | Unknown | | 0.00 | Unknown |
| 12 | Mortgage fraud and related claims | Unknown | Unknown | | 0.00 | Unknown |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$585,533.00** | **$1,500.00** | | **$0.00** | **$575,000.00** |

**Major Activities Affecting Case Closing:**

Follow with Court-Appointed Counsel in litigation to sell Estate assets.

Printed: 10/10/2020 11:55 AM    V.20.24

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-68584 LRC | **Trustee:** (300370) Edwin K. Palmer |
| **Case Name:** SHIBLEY, JON MICHAEL HAYES | **Filed (f) or Converted (c):** 07/25/19 (c) |
| | **§341(a) Meeting Date:** 09/17/19 |
| **Period Ending:** 09/30/20 | **Claims Bar Date:** 01/06/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** July 31, 2021    **Current Projected Date Of Final Report (TFR):** July 31, 2021