THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | * | CHAPTER 7 |
| | * | |
| JON MICHAEL HAYES SHIBLEY | * | CASE NO. 18-68584-LRC |
| | * | |
| Debtor. | * | JUDGE LISA RITCHEY CRAIG |
| | * | |
| | * | |

## NOTICE OF PROPOSED ABANDONMENT

In accordance with Fed. R. Bank. P. 6007, the Trustee hereby gives NOTICE of the proposed abandonment of the following described property:

"Mortgage fraud and related claims against Private Bank of Buckhead, a division of National Bank of Commerce, and Daniel Richard Smith" (Doc. No. 18, p. 13 of 37);

All claims alleged or asserted by Debtor against any Defendant in Adversary Proceeding No.19-05229, which include, without limitation, National Bank of Commerce dba Private Bank of Buckhead (its predecessors, successors, or assigns), Daniel R. Smith, Private Plus Mortgage, Jones and Walden P.C., and Leslie Pineyro; and

All claims/"counterclaims" alleged or asserted by Debtor against Daniel Richard Smith in Adversary Proceeding 19-05212.

The Trustee believes such property is of no value to the Estate.  Any objection by a party in interest shall be made in writing and filed with the Clerk of this Court at 1340 Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303 and a copy served on the Trustee within fourteen (14) days from the date of the mailing of this Notice.  If no written objection is filed within fifteen (15) days, the property shall be deemed abandoned without further hearing or Order of this Court.

Dated:  January 5, 2021.

\s\ Edwin K. Palmer
Edwin K. Palmer
Chapter 7 Trustee
GA Bar No.  560100

P.O. Box 1284
Decatur, GA 30031
(404) 479-4450